AETNA CASUALTY AND SURETY COMPANY *vs.* STATE PARK INSURANCE AGENCY, INC. December 8, 1981. Because count four of the plaintiff's complaint was brought pursuant to G. L. c. 93A, § 11, there was no requirement of a thirty-day demand letter as required by G. L. c. 93A, § 9, *Nader* v. *Citron*, 372 Mass. 96, 99-101 (1977), and the judge committed error in dismissing count four. The judgment is vacated and the case is remanded to the Superior Court for proceedings consistent with this opinion.
*So ordered.*

*Owen Gallagher*, for the plaintiff, submitted a brief.